# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Loma Linda University Kidney Center | Attorney: |
| Plaintiff | Jeffrey A. Lovitky |
| vs. | 1735 New York Ave., NW |
| | Washington, DC. 20006 |
| Michael O. Leavitt, Secretary of Health and Human Services | |
| Defendant | |

Case Number: 1:06CV01926

Court Date:
Court Time:

Legal documents received by Same Day Process Service on **November 13th, 2006 at 1:45 PM** to be served upon **Jeffrey A. Taylor, United States Attorney at 501 3rd St., NW, Washington, DC. 20530**

I, B. Tony Snesko, swear and affirm that on **November 13th, 2006 at 2:53 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case, Complaint**, to **Gary Nails as Docket Clerk** of the within named agency, to wit: **United States Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 30  Height: 5'9"  Weight: 175  Skin Color: Black  Hair Color: Black  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001431

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _16_ day of _November_, _2006_

_____
Notary Public, D.C.
My commission expires _June 30, 2011_

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.