UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>    Defendant. | Case No. 1:06CV01926 (TFH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Tommy G. Thompson, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding be extended thirty (30) days, from January 12 to February 12, 2007. This is Defendant's first request for an enlargement of time, and no scheduling order has been entered in this case. In compliance with LCvR 7(m), the undersigned counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has graciously consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. This action was initiated with the filing of a Complaint on November 13, 2006.

2. The Complaint was served on the office of the United States Attorney for the District of Columbia on November 13, 2006. Thus, the Secretary's response to Plaintiffs' Complaint is currently due by January 12, 2007. Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3. Plaintiff challenges a decision by the Secretary regarding the propriety of the denial by the Centers for Medicare & Medicaid Services ("CMS") of Plaintiff's request for an exception to the Medicare reimbursement rate applicable to End Stage Renal Disease facilities. The matters at issue in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. CMS' Office of Attorney Advisor ("OAA") is responsible for compiling administrative records for all actions filed in courts throughout the country which challenge the Secretary's final decisions resolving provider reimbursement disputes, and, thus, its workload is quite heavy.

5. Because of the large number of records the OAA has to compile, it was unable to compile the record for this case until after the holiday period, leaving government counsel with insufficient time to review the administrative record before the current deadline to answer or otherwise respond to the Complaint.

6. This enlargement is also necessitated by the current workload and schedules of government's counsel during the month of January. Specifically, the agency's counsel, Jonathan Brumer, was out of the office on scheduled leave between January 2 and January 5, 2007. Both Mr. Brumer and the Assistant United States Attorney assigned to this case, Megan Rose, will be out of the office on previously scheduled leave on January 12, 2007.

7. The time requested will accommodate these scheduling issues and allow for the necessary review of the records, consultation, preparation of appropriate responses to the Complaint, and supervisory review. Therefore, the Secretary respectfully requests an enlargement of time of thirty (30) days, up to and including February 12, 2007, within which to

respond to the Complaint filed in this action.

      8. This request is made in good faith and not for purposes of delay. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

      A proposed Order is attached.

      Respectfully submitted,

      / s /
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

      / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

Counsel for the Secretary

**CERTIFICATE OF SERVICE**

I hereby certify that on January _____, 2007, an electronic copy of the foregoing motion will be served on plaintiffs' counsel *via* the United States District Court's Electronic Case Filing program.

/ s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL O. LEAVITT,  )<br>Secretary of Health and Human Services,  )<br>  )<br>Defendant.  )<br>_____)  | Case No. 1:06CV01926 (TFH) |

### ORDER

Having considered the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is this _____ day of _____, 2007,

ORDERED that the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint is hereby granted, and it is further

ORDERED that Defendant shall have through and including February 12, 2007, to answer or otherwise respond to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE