UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06CV01926 (TFH) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Jonathan C. Brumer for the Defendant Michael O. Leavitt, the Secretary of Health and Human Services, in the above-captioned action.

JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703