**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LOMA LINDA UNIVERSITY            )
KIDNEY CENTER,                   )
       Plaintiff,            )
                                 )
  v.                             )        Civ. Action No. 1:06-1926 (RWR)
                                 )         ECF
MICHAEL O. LEAVITT,              )
Secretary, United States Department of   )
Health and Human Services,       )
                                 )
       Defendant.            )

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

     Defendant, Secretary of Health and Human Services, United States Department of Health

and Human Services, hereby files the attached administrative record in the above-captioned

action.  The record exceeds 500 pages and thus in accordance with the Court's ECF rules has

been filed and served in hard copy only.

               Respectfully submitted,

                /s/
              _____
              JEFFREY A. TAYLOR, D.C. Bar # 498610
              United States Attorney

                /s/
              _____
              MEGAN L. ROSE, NC Bar # 28639
              Assistant United States Attorney
              Judiciary Center Building
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              (202) 514-7220
              (202) 514-8780 (fax)
              Megan.Rose@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of

Administrative Record with attached Administrative Record has been delivered by City Express,

this <u>28th</u> day of February, 2007, addressed to:

Jeffrey A. Lovitky
1735 New York Avenue, NW
Suite 500
Washington, DC 20036.

/s/
_____
Megan L. Rose
Assistant United States Attorney