UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 20 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>Defendant. | Civil No. 06-1926 (TFH) |
| LOMA LINDA UNIVERSITY KIDNEY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>Defendant. | Civil No. 06-1927 (TFH) |

## ORDER

On December 29, 2006, this matter was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan. Accordingly, it is hereby

**ORDERED** that *Loma Linda University Kidney Center v. Michael O. Leavitt*, Civil No. 06-1926, is consolidated with *Loma Linda University Kidney Center v. Michael O. Leavitt*, Civil No. 06-1927, for all purposes. It is further

**ORDERED** that all future filings in this consolidated case shall be under Civil No. 06-1926, and that the Clerk's Office is directed to close Civil No. 06-1927. It is further

**ORDERED** that the parties shall submit dispositive motions in accordance with the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | June 6, 2007 |
| Defendants' Oppositions and Cross Motions | July 11, 2007 |
| Plaintiff's Opposition and Reply | August 15, 2007 |
| Defendants' Replies | September 19, 2007 |

**SO ORDERED**.

April 20, 2007

Thomas F. Hogan
Chief Judge