UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>    Defendant. | Case No. 1:06cv1926 (TFH)<br>(Consolidated with 06cv1927) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Bridgette L. Kaiser for the Defendant Secretary of Health and Human Services in the above-captioned action.  Please enter the withdrawal of Jonathan Brumer.

                                                               /s/
                                       Bridgette L. Kaiser
                                       (D.C. Bar No. 492406)
                                       U.S. Department of Health and Human Services
                                       Office of the General Counsel
                                       Centers for Medicare and Medicaid Services
                                         Division
                                       330 Independence Ave., S.W.
                                       Cohen Building, Room 5309
                                       Washington, D.C. 20201
                                       (202) 205-5872

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2007, an electronic copy of the foregoing Praecipe will be served on plaintiff's counsel *via* the United States District Court's Electronic Case Filing program.

                                                /s/
                                    Bridgette L. Kaiser