IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER ) ) ) Plaintiff, ) ) ) v. ) Civil Action No. 06cv1926 ) (Consolidated with 06cv1927) ) MICHAEL O. LEAVITT, IN HIS ) (TFH) OFFICIAL CAPACITY AS SECRETARY ) OF HEALTH AND HUMAN SERVICES ) ) Defendant, ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE SUBMISSION OF BRIEFS**

Plaintiffs, Loma Linda Kidney Center and Loma Linda Medical Center, by and through their undersigned counsel, respectfully move for an order extending the briefing schedule. This enlargement is requested as the Court has not yet issued an order on the outstanding Motion to Compel (Docket #15). The briefing schedule proposed by this motion would be identical to the briefing schedule established by the Court in a related (but unconsolidated) case, i.e. Gundersen Lutheran Medical Center v. Leavitt (Case No. 06cv2195 TFH). In support of the instant motion, Plaintiff states as follows:

1. By order dated April 25, 2007, the Court established the following briefing schedule in this consolidated action - Plaintiff's Motion for Summary Judgment – August 6, 2007; Defendants' Oppositions and Cross Motions- September 12, 2007; Plaintiff's Opposition and Reply – October 15, 2007; Defendants' Replies - November 19, 2007.

2. On May 17, 2007, Plaintiff filed a Motion to Compel.  This motion sought the production of logs maintained by the Defendant reflecting the dates upon which significant actions occurred in the processing of Plaintiff's exception request.  Specifically, Plaintiff's sought those portions of the logs which reflect the date upon which the denial letter dated November 15, 2000 was actually signed by Mr. Joseph Logue, and the date upon which such letter was actually mailed to the Medicare Part A fiscal intermediary.

3. The Court has not yet ruled on the Motion to Compel.

4. Plaintiff respectfully requests an extension of time in which to file briefs as follows:  Plaintiff's Motion for Summary Judgment - September 4, 2007, Defendants' Oppositions and Cross Motions - October 9, 2007; Plaintiff's Opposition and Reply - Nov 13, 2007, and Defendants' Replies -December 18, 2007. The proposed schedule would be identical to the briefing schedule

established in a related (but unconsolidated) case, i.e. <u>Gundersen Lutheran Medical Center v. Leavitt</u> (Case No. 06cv2195 TFH).

    5.  This request is made to afford Plaintiff an adequate opportunity to prepare its brief after the Court issues an order on the outstanding Motion to Compel.

    6. This request is made in good faith and not for purposes of delay. Defendant does not oppose this Motion.

    7. A proposed order is attached.

    WHEREFORE, Plaintiff respectfully requests that the Court issue an Order establishing a briefing schedule as herein requested.

DATED: 9 July 2007

                      Respectfully submitted,

                      /s
                      JEFFREY A. LOVITKY
                      (D.C. Bar No. 404834)
                      Attorney at Law
                      Washington, D.C. 20006
                      (202) 429-3393

                      Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LOMA LINDA UNIVERSITY            )
KIDNEY CENTER                    )
                                 )
Plaintiff,                       )
                                 )
                                 )
v.                               ) Civil Action No. 06cv1926
                                 ) (Consolidated with 06cv1927)
                                 )
MICHAEL O. LEAVITT, IN HIS       )  (TFH)
OFFICIAL CAPACITY AS SECRETARY   )
OF HEALTH AND HUMAN SERVICES     )
                                 )
Defendant,                       )
_____)

**ORDER**

Having considered Plaintiff's unopposed motion for an enlargement of time for the submission of briefs, it is this __ day of ___, 2007,

**ORDERED** that dispositive motions shall be submitted as follows:

Plaintiff's Motion for Summary Judgment - September 4, 2007;

Defendants' Oppositions and Cross Motions - October 9, 2007;

Plaintiff's Opposition and Reply - Nov 13, 2007;

Defendants' Replies - December 18, 2007.

_____
United States District Judge