IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06cv1926 ) Consolidated with 06cv1927 ) |
| MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES | ) (TFH) ) ) ) |
| Defendant, | ) ) |

_____ )

## NOTICE OF CHANGE OF ADDRESS

Pursuant to LCvR 83.15(c) of the local rules of United States District

Court for the District of Columbia, notice is hereby provided of the

following new address for Plaintiff's counsel in this proceeding:

Jeffrey A. Lovitky,
1776 K Street, N.W., Suite 200
Washington D.C. 20006
Tel: 202-429-3393
Facsimile 202-318-4013
Email: lovitky@aol.com

Respectfully submitted,
/s

_____
Jeffrey A. Lovitky

Dated: September 29, 2007