UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOMA LINDA UNIVERSITY KIDNEY CENTER,**<br><br>    Plaintiff,<br><br> v.<br><br>**MICHAEL O. LEAVITT,**<br>Secretary, U.S. Dept. of Health and Human Services,<br><br>    Defendant. | Civil Action No. 06-01926 (TFH) |
| **GUNDERSEN LUTHERAN MEDICAL CENTER, INC.,**<br><br>    Plaintiff,<br><br> v.<br><br>**MICHAEL O. LEAVITT,**<br>Secretary, U.S. Dept. of Health and Human Services,<br><br>    Defendant. | Civil Action No. 06-02195 (TFH) |

**ORDER REFERRING MOTIONS**

  Pursuant to LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it hereby is

  **ORDERED** that the following motions, which are based on common issues of fact, be referred to a United States Magistrate Judge for proposed findings of fact and recommendations about the dispositions of the motions, and such other proceedings as may be appropriate to make

such recommendations:

> **06-CV-01926**
> Motion to Compel Production of Documents, Docket No. 15.
> Plaintiff's Motion for Summary Judgment, Docket No. 19.
> Defendant's Motion for Summary Judgment, Docket No. 22.
> Plaintiff's Motion for Leave to File Surreply, Docket No. 31.
>
> **06-CV-02195**
> Plaintiff's Motion for Summary Judgment, Docket No. 12.
> Defendant's Motion for Summary Judgment, Docket No. 15.
> Plaintiff's Motion for Leave to File Surreply, Docket No. 23.

**SO ORDERED.**

August 4, 2008                               /s/ *Thomas F. Hogan*
                                              Thomas F. Hogan
                                              United States District Judge