REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>CA06-1926 | DATE REFERRED:<br>08/6/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MOTIONS ONLY | JUDGE:<br>HOGAN | MAG. JUDGE |
| PLAINTIFF(S):<br>LOMA LINDA UNIVERSITY KIDNEY CENTER | | DEFENDANT(S):<br>MICHAEL O. LEAVITT, SECRETARY, U.S. DEPT. OF HEALTH AND HUMAN SERVICES. | | |
| ENTRIES: | | | | |